IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| PHARMACEUTICAL RESEARCH AND MANUFACTURERS OF AMERICA,<br><br>   *Plaintiff*,<br><br>          v.<br><br>**ANDREW BAILEY,** in his official capacity as Attorney General of Missouri, *et al.*,<br><br>   *Defendants*. | No. 2:24-cv-04144-MDH |

### PLAINTIFF'S RESPONSE TO MISSOURI HOSPITAL ASSOCIATION AND MISSOURI PRIMARY CARE ASSOCIATION'S MOTION TO INTERVENE

Missouri Hospital Association and Missouri Primary Care Association ("Proposed Intervenors") have moved to intervene in this matter. *See* ECF No. 43. Plaintiff Pharmaceutical Research and Manufacturers of America takes no position on the motion.

| | |
|---|---|
| Dated: November 19, 2024 | Respectfully submitted,<br><br>By:   */s/ Jean Paul Bradshaw*<br>Jean Paul Bradshaw II (# 31800)<br>Jackson R. Hobbs (# 71004)<br>2345 Grand Blvd. Suite 2200<br>Kansas City, Missouri 64108-2618<br>Tel: (816) 460-5507<br>Fax: (816) 292-2001<br>jeanpaul.bradshaw@lathropgpm.com<br>jackson.hobbs@lathropgpm.com<br><br>And:<br><br>Philip J. Perry*<br>Andrew D. Prins*<br>Abid. R. Qureshi*<br>Latham & Watkins LLP |

1

555 Eleventh Street, NW, Suite 1000
Washington, DC 20004
Tel: (202) 637-2200
Fax: (202) 637-2201
philip.perry@lw.com
andrew.prins@lw.com
abid.qureshi@lw.com

*Admitted pro hac vice*

*Counsel for Plaintiff Pharmaceutical Research and Manufacturers of America*

## CERTIFICATE OF SERVICE

I hereby certify that on November 19, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system.

                                                */s/ Jean Paul Bradshaw*
                                                Jean Paul Bradshaw II